THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH BAZIL, Appellant, v LUIS MARSHALL, Respondent.

Decided March 29, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

RANDY RATAJCZAK, as Administrator of the Estate of MARY RATAJCZAK, Deceased, Respondent, v MAHMOOD YOONESSI, M.D., et al., Appellants. (And a Third-Party Action.)

Submitted January 18, 2011; decided March 29, 2011

Motion for reconsideration of this Court's November 23, 2010 dismissal order denied [see 15 NY3d 913 (2010)]. Motion, insofar as it seeks disqualification of Chief Judge LIPPMAN, dismissed upon the ground that the Court of Appeals has no authority to entertain the motion made on nonstatutory grounds. The application seeking recusal is referred to the Chief Judge for his individual consideration and determination. Chief Judge LIPPMAN denies the referred motion for recusal.

In the Matter of NORMA WARRIOR, Respondent, v ROBERT E. BEATMAN, SR., Appellant.

Submitted January 24, 2011; decided March 29, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge PIGOTT taking no part.